

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 29, 2020

**<u>BY ECF AND EMAIL</u>**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

     Re:    *United States v. Donald Koch*, No. 11 Cr. 1077 (CS)

Dear Judge Seibel:

     The above-referenced matter is currently scheduled for a status conference before the Court on September 1, 2020 at 9:45 a.m. The Government respectfully writes with the consent of defense counsel to make a joint request for an adjournment of the conference of at least 60 days to be scheduled at the Court's discretion.

     The defendant has an open criminal case pending in Orange County in which the alleged criminal conduct is the basis for the alleged violation of the defendant's supervised release before the Court. The Orange County case has not yet been resolved, and the next court appearance has been scheduled for September 9, 2020. The parties understand that the Orange County case is close to resolution but that the September 9 court date will likely be adjourned until October. A further adjournment here would allow the parties time to ascertain how the Orange County case will proceed and whether it will be resolved before determining next steps on the instant violation petition.

     This is the first such request for an adjournment. As Your Honor is aware, the defendant's current term of supervised release was due to expire on July 11, 2020, however, Your Honor ordered that it continue until September 1, 2020. The Government respectfully requests that the

Hon. Cathy Seibel  Page 2
*United States v. Donald Koch*, No. 11-cr-1077 (CS)
August 29, 2020

Court similarly order the defendant's supervision to continue through to the next conference date set by the Court. The defense consents to such continuation of the defendant's supervision.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney

By: */s/ Kevin T. Sullivan*
          Kevin T. Sullivan
          Assistant United States Attorney
          (914) 993-1924

cc:    Joseph Vita, Esq. (by ECF and email)

The VOSR proceeding is adjourned to 11/2/20 at 11:30 am. Defendant's term of supervised release is continued through that date, on the same conditions currently in place.

SO ORDERED.

*Cathy Seibel*    8/31/20
CATHY SEIBEL, U.S.D.J.